# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DENISE-BRADFORD: HOLMES,

    Plaintiff,

v.                                                                                              Civ. No. 19-698 GBW

GRANT COUNTY, NEW MEXICO,

    Defendant.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed a complaint but did not pay the $400.00 fee[1] for instituting a civil action or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Plaintiff shall have twenty-one (21) days from entry of this Order to either pay the $400.00 fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to timely pay the fee or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may result in dismissal of this case without prejudice. Any papers that Plaintiff files in response to this order must include the civil cause number (No. 2:19-CV-00698-GBW) of this case.

**IT IS THEREFORE ORDERED** that, within twenty-one (21) days of entry of this Order, Plaintiff shall either pay the $400.00 fee or file an "Application to Proceed in

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $50.00 administrative fee.

District Court Without Prepaying Fees or Costs (Long Form)."

**IT IS ALSO ORDERED** that the Clerk shall mail to Plaintiff, together with a copy of this Order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE